UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __14-3665__

Case Name: __Bryan Mobley v. Miami Valley Hospital__

Is this case a cross appeal?   ☐ Yes   ☒ No
Has this case or a related one been before this court previously?   ☐ Yes   ☒ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Plaintiff/Appellant Bryan Mobley appeals the District Court's grating of summary judgment in favor of Defendant/Appellee Miami Valley Hospital. Appellant will raise the following issues on appeal:

1. The District Court erred in finding that Mr. Mobley failed to propose a reasonable accommodation for his disability.

2. The District Court erred in finding that there was no evidence that Mr. Mobley's proposed accommodation was necessary or reasonable.

3. The District Court erred in finding that that Miami Valley Hospital did not discriminate against Mr. Mobley and did not fail to engage in the interactive process.

4. The District Court erred in finding that Miami Valley Hospital did not discriminate against Mr. Mobley by transferring him to a different position because of his disability.

5. The District Court erred in finding that there was no genuine issue of material fact demonstrating that Mr. Mobley's transfer was an adverse employment action.

This is to certify that a copy of this statement was served on opposing counsel of record this __24th__ day of _____ July __, 2014__.

/s/ Adam R. Webber
Name of Counsel for Appellant

6CA-53
Rev. 6/08