CASE NO. 14-3665

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT


**BRYAN A. MOBLEY,**
*Plaintiff-Appellant*

v.

**MIAMI VALLEY HOSPITAL, INC.,**
*Defendant-Appellee*


An appeal from the Judgment of a Civil Case dated June 9, 2014
in the United States District Court for the Southern District of Ohio,
Case No. 3:13-cv-00102 (Doc No. 29)
_____

**MOTION FOR EXTENSION OF TIME**
_____

Appellant respectfully requests that the deadline for filing Appellant's merit brief be extended by 24 hours, until September 10, 2014. Appellant's counsel has diligently attempted to complete the brief on time, but the emergency hospitalization for his legal assistant's child has rendered it unexpectedly impossible for him to complete the citations to the record and Addendum on time. Appellant's brief is presently complete in substance, just not yet in a form appropriate for filing.

Appellant's counsel recognizes and apologizes for the late nature of this request and submits that this motion is made in good faith and not for purposes of delay.

Dated: September 9, 2014

        Respectfully submitted,

        /s/ Adam R. Webber_____
        ADAM R. WEBBER, Esq.
        Bar No. 0080900
        Trial attorney for Bryan A. Mobley
        FALKE & DUNPHY, LLC
        30 Wyoming Street
        Dayton, Ohio 45409
        Tel.   937.222.3000
        Fax   937.222.1414
        Email:  webber@ohiolawyers.cc

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 9, 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Gretchen M. Treherne
BIESER, GREER & LANDIS LLP
400 PNC Center, 6 North Main Street
Dayton, Ohio 45402-1908

        /s/ Adam R. Webber
        _____
        Adam R. Webber
        Attorney for Appellant